**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: October 19, 2010**



1

# TIFFANY & BOSCO
P.A.

2 **2525 EAST CAMELBACK ROAD**

3 **SUITE 300**

**PHOENIX, ARIZONA 85016**

4 **TELEPHONE: (602) 255-6000**

5 **FACSIMILE: (602) 255-0192**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

6 Mark S. Bosco
State Bar No. 010167

7 Leonard J. McDonald
State Bar No. 014228

8 Attorneys for Movant

9 10-25775

10 ## IN THE UNITED STATES BANKRUPTCY COURT

11 ## FOR THE DISTRICT OF ARIZONA

12

13 IN RE:

14 Judith Donnelson
                  Debtor.

15 _____

16 Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-

17 HE3 by its Attorney in fact Wells Fargo Bank, N.A.
                  Movant,

18            vs.

19 Judith Donnelson, Debtor, Robert A. MacKenzie,

20 Trustee.

21            Respondents.

22

No. 2:10-BK-28552-RJH

Chapter 7

ORDER

(Related to Docket #10)

23     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

24 Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

25 and no objection having been received, and good cause appearing therefor,

26     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 12, 2005 and recorded in the office of the Maricopa County Recorder wherein Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 by its Attorney in fact Wells Fargo Bank, N.A. is the current beneficiary and Judith Donnelson has an interest in, further described as:

LOT 59, DAVE BROWN NORTH UNIT 8, PHASE ONE, according to Book 245 of Maps, Page 17, records of
Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.